UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 19-24437-BKC-LMI
CHAPTER 11

ADVERSARY PROC. NO. 19-01954-LMI

IN RE:
MAGNOLIA LANE CONDOMINIUM
ASSOCIATION, INC.
     Debtor
                           /

MAGNOLIA LANE CONDOMINIUM
ASSOCIATION, INC
     Plaintiff,
vs.

SECURITY & FIRE SYSTEMS, INC.
     Defendant.
                           /

## ANSWER

1.     The Defendant is without knowledge to allegations contained in paragraph 1 and demands strict proof thereof.

2.     The Defendant is without knowledge to allegations contained in paragraph 2 and demands strict proof thereof.

### A.  JURISDICTION AND VENUE

3.     The Defendant is without knowledge to allegations contained in paragraph 3 and demands strict proof thereof.

4.     The Defendant is without knowledge to allegations contained in paragraph 4 and demands strict proof thereof

5.     The Defendant is without knowledge to allegations contained in paragraph 5 and demands strict proof thereof.

6.     The Defendant is without knowledge to allegations contained in paragraph 6 and demands strict proof thereof.

7.      The Defendant is without knowledge to allegations contained in paragraph

7 and demands strict proof thereof.

## B.  RELEVANT PROCEDURAL HISTORY

8.      The Defendant is without knowledge to allegations contained in paragraph

8 and demands strict proof thereof.

9.      The Defendant is without knowledge to allegations contained in paragraph

9 and demands strict proof thereof.

10.     The Defendant admits the allegations contained in paragraph 10.

11.     The Defendant admits the allegations contained in paragraph 11.

12.     The Defendant admits the allegations contained in paragraph 12.

13.     The Defendant admits the allegations contained in paragraph 13.

14.     The Defendant admits that a Motion for final judgement after default was

filed.  The Defendant denies that there was sparse information as to damages.

15.     The Defendant denies the allegations contained in paragraph 15 and

demands strict proof thereof.

16.     The Defendant admits that a Final Judgment after Default awarded the

Plaintiff a total of $342,029.11 and denies any other allegations in this paragraph.

Further, this Final Judgment after default is res judicata.  The Debtor moved for

rehearing of that Order, which was denied.

## C.  FACTUAL BACKGROUND

17.     The Defendant admits the allegations contained in paragraph 17.

18.     The Defendant is without knowledge to allegations contained in paragraph

18 and demands strict proof thereof.

19.     The Defendant admits the allegations contained in paragraph 19.

20.     The Defendant admits that two payments were received on September

17, 2019 and September 25, 2019 and denies that any other funds were received.

Further, these payments made were made part of a settlement and paid upon the secured claim based upon the equipment still being used by the Debtor.

21.     The Defendant admits they received two payments received on September 17, 2019 and September 25, 2019 and denies they received a payment on October 28, 2019.

22.     The Defendant admits the allegations contained in paragraph 22.

23.     The Defendant is without knowledge to allegations contained in paragraph 23 and demands strict proof thereof.

### D.     CLAIMS FOR RELIEF

### COUNT I

**Avoidance of Preferential
Transfers - 11 U.S.C. § 547**

24.     The Defendant denies the allegations contained in paragraph 24 and demands strict proof thereof.

25.     The Defendant denies the allegations contained in paragraph 25 and demands strict proof thereof.

26.     The Defendant denies the allegations contained in paragraph 26 and demands strict proof thereof.

27.     The Defendant is without knowledge to allegations contained in paragraph 27 and demands strict proof thereof.

28.     The Defendant denies the allegations contained in paragraph 28 and demands strict proof thereof.

29.     The Defendant denies the allegations contained in paragraph 29 and demands strict proof thereof.

30.     The Defendant denies the allegations contained in paragraph 30 and demands strict proof thereof.

31.     The Defendant denies the allegations contained in paragraph 31 and demands strict proof thereof.

32.     The Defendant denies the allegations contained in paragraph 32 and demands strict proof thereof.

33.     The Defendant denies the allegations contained in paragraph 33 and demands strict proof thereof.

34.     The Defendant denies the allegations contained in paragraph 34 and demands strict proof thereof.

35.     The Defendant denies the allegations contained in paragraph 35 and demands strict proof thereof.

(i).     The Defendant denies the allegations contained in paragraph 35(i) and demands strict proof thereof.

(ii).     The Defendant denies the allegations contained in paragraph 35(ii) and demands strict proof thereof.

(iii).     The Defendant denies the allegations contained in paragraph 35(iii) and demands strict proof thereof.

**COUNT II**
**Recovery of Avoided Transfers**
**11 U.S.C. § 550**

36.     The Defendant denies the allegations contained in paragraph 36 and demands strict proof thereof.

37.     The Defendant denies the allegations contained in paragraph 37 and demands strict proof thereof.

38.     The Defendant denies the allegations contained in paragraph 38 and demands strict proof thereof.

39.     The Defendant denies the allegations contained in paragraph 39 and demands strict proof thereof.

**COUNT III**
**Disallowance of All Claims**
**11 U.S.C. § 502(d) and (j)**

40.    The Defendant denies the allegations contained in paragraph 40 and demands strict proof thereof.

41.    The Defendant denies the allegations contained in paragraph 41 and demands strict proof thereof.

42.    The Defendant denies the allegations contained in paragraph 42 and demands strict proof thereof.

43.    The Defendant denies the allegations contained in paragraph 43 and demands strict proof thereof.

44.    The Defendant denies the allegations contained in paragraph 44 and demands strict proof thereof.

45.    The Defendant denies the allegations contained in paragraph 45 and demands strict proof thereof.

## E.  PRAYER FOR RELIEF

a)    The Defendant denies the allegations contained in paragraph a and demands strict proof thereof.

b)    The Defendant denies the allegations contained in paragraph b and demands strict proof thereof.

c)    The Defendant denies the allegations contained in paragraph c and demands strict proof thereof.

d)    The Defendant denies the allegations contained in paragraph d and demands strict proof thereof.

e)    The Defendant denies the allegations contained in paragraph e and demands strict proof thereof.

f)    The Defendant denies the allegations contained in paragraph f and demands strict proof thereof.

g)      The Defendant denies the allegations contained in paragraph g and

demands strict proof thereof.

h)      The Defendant denies the allegations contained in paragraph h and

demands strict proof thereof.

47.     The Defendant denies any allegations not specifically admitted herein.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing was sent via email to John Arcia, counsel for Debtor at parcia@arcialaw.com, Ariel Rodriguez, counsel for U.S. Trustee at ariel.rodriguez@usdoj.gov and all others set forth in the NEF, this 23rd day of January 2020.

LAW OFFICES OF MICHAEL J. BROOKS, MICHAEL A. FRANK
& RODOLFO H. DE LA GUARDIA, JR.
Attorneys for the Debtors
Suite 620 • Union Planters Bank Building
10 Northwest LeJeune Road
Miami, FL 33126-5431
Telephone (305) 443-4217
Facsimile (305) 443-3219
Email- Pleadings@bkclawmiami.com

By:      /s/
         Michael A. Frank
         Florida Bar No. 339075