

**ORDERED in the Southern District of Florida on May 19, 2020.**

Laurel M. Isicoff
**Chief United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

IN RE:
MAGNOLIA LANE CONDOMINIUM                    Case No.: 19-24437-LMI
ASSOCIATION, INC.                            Chapter 11
        Debtor,
_____/

MAGNOLIA LANE CONDOMINIUM                    API Case No. 19-01954-LMI
ASSOCIATION, INC.
        Plaintiff,

v.

SECURITY & FIRE SYSTEMS, INC.
        Defendant
_____/


**ORDER GRANTING PLAINTIFF MAGNOLIA LANE CONDOMINIUM ASSOCIATION, INC's**
**MOTION FOR SUMMARY JUDGMENT [ECF 6]**


      **THIS CAUSE** came before the court on May 14, 2020 upon the Debtor's Motion for Summary

Judgment (the "Motion") (ECF # 6).  The Court having reviewed and considered the motion, the Affidavit

in opposition, the record and pleadings filed, having heard argument of counsel and otherwise being fully

advised in the premises it is:


### ORDERED

1. For the reasons stated in the record, the Plaintiff's Motion for Summary Judgment is **GRANTED**

2. Plaintiff's Counsel is instructed to submit a Final Judgment to the Court.


####


**Submitted by:**

John Paul Arcia, Esq.
John Paul Arcia, PA
Address: 175 SW 7th Street, Suite 2000, Miami, FL 33130
Phone: (786) 429-0410

Attorney John Paul Arcia, Esq. is directed to serve a conformed copy of this Order on all interested
parties immediately upon receipt hereof and to file a certificate of service.